Opinion issued January 18, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-03-01285-CV






DONNA LYANN PINEDA PINTO, Appellant


V.


SERGIO MANUEL PINEDA PINTO, Appellee






On Appeal from the County Court at Law No. 3

Galveston County, Texas

Trial Court Cause No. 01FD1692






MEMORANDUM OPINION Appellant Donna Lyann Pineda Pinto has failed to timely file a brief. See Tex.
R. App. P. 38.8(a) (failure of appellant to file brief). After being notified that this
appeal was subject to dismissal, appellant did not adequately respond. See Tex. R.
App. P. 42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a
brief. All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.